IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PALMETTO SOLAR, LLC**<br><br>*Defendant*. | Case No. 3:25-cv-00426-MOC-SCR |

## PLAINTIFF'S NOTICE OF WITHDRAWAL
## OF SUBPOENA TO JULIAN KAPPELMAN

Plaintiff, by and through undersigned counsel, hereby gives notice that he withdraws the subpoena duces tecum issued to non-party Julian Kappelman (the "Subpoena") that is the subject of Non-Party Julian Kappelman's Motion to Quash Subpoena Duces Tecum and for Protective Order (Dkt. 15).

As the Subpoena has been withdrawn and Plaintiff will not seek to enforce it, no further response or production is required from Mr. Kappelman and no further briefing on this subpoena will occur. Plaintiff respectfully submits that Mr. Kappelman's Motion to Quash (Dkt. 15) is therefore moot.

RESPECTFULLY SUBMITTED AND DATED this 20th day of November, 2025.

*/s/ Ryan P. Duffy*
Ryan P. Duffy
The Law Office of Ruan P. Duffy PLLC
1213 W. Morehead St.
Suite 500, Unit #450
Charlotte, NC 28208
704-741-9399

Email: ryan@ryanpduffy.com

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Notice of Special Appearance*