IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PALMETTO SOLAR, LLC,<br><br>Defendant.<br><br>―――――――――――――――――<br><br>PALMETTO SOLAR, LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>AMBIENT POWER LLC, WENDELL LAIDLEY, and TOM CAMERON,<br><br>Third-Party Defendants. | Civil Action No. 3:25-CV-00426-MOC-SCR |

**Defendant/Third-Party Plaintiff Palmetto Solar, LLC's
Stipulation Dismissing Third-Party Defendants RG Electric, Inc. and Ambient Solar
Energy LLC**

Having filed its Second Amended Answer and Third-Party Complaint with Plaintiff's Consent (ECF No. 17), Defendant/Third-Party Plaintiff Palmetto Solar, LLC ("Palmetto") stipulates to the dismissal, *without prejudice*, of Defendants RG Electric, Inc. and Ambient Solar Energy LLC under Fed. R. Civ. P. 41(a)(1)(A)(ii). Palmetto proceeds with its Second Amended Third-Party Complaint against Third-Party Defendants Ambient Power LLC, Wendell Laidley, and Tom Cameron, however.

                                                          NELSON MULLINS RILEY & SCARBOROUGH LLP

                                                        By: */s/ Matthew A. Abee*
                                                              Matthew A. Abee (Bar No. 46949)
                                                              Nelson Mullins Riley & Scarborough LLP
                                                              1320 Main Street, 17th Floor
                                                              Columbia, South Carolina 29201
                                                              Telephone: (803) 255-9335
                                                              matt.abee@nelsonmullins.com

                                                              Kevin P. Polansky (MA Bar No. 667229)
                                                             (Admitted *pro hac vice*)
                                                              Nelson Mullins Riley & Scarborough LLP
                                                              One Financial Center, Suite 3500
                                                              Boston, Massachusetts 02111
                                                              Telephone: (617) 217-4621
                                                              kevin.polansky@nelsonmullins.com

November 20, 2025                   *Counsel for Palmetto Solar, LLC*

**WE SO CONSENT:**

By: */s/ Anthony Paronich by MAA with permission*                    Date: November 20, 2025
     Anthony Paronich (MA Bar No. 678437)
     (Admitted *pro hac vice*)
     Paronich Law P.C.
     350 Lincoln Street, Suite 2400
     Hingham, MA 02043
     Telephone: (617) 485-0018
     anthony@paronichlaw.com

     Ryan P. Duffy
     The Law Office of Ryan P. Duffy PLLC
     1213 W. Morehead St.
     Suite 500, Unit #450
     Charlotte, NC 28208
     Telephone: (704) 741-9399
     ryan@ryanpduffy.com

*Attorneys for Asher Bronstin*

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Matthew A. Abee*
Matthew A. Abee (Bar No. 46949)
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, South Carolina 29201
Telephone: (803) 255-9335
matt.abee@nelsonmullins.com

Kevin P. Polansky (MA Bar No. 667229)
(Admitted *pro hac vice*)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, Massachusetts 02111
Telephone: (617) 217-4621
kevin.polansky@nelsonmullins.com

November 20, 2025    *Counsel for Palmetto Solar, LLC*