IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PALMETTO SOLAR, LLC**<br><br>*Defendant*. | Case No. 3:25-cv-00426-MOC-SCR |

### PLAINTIFF'S AMENDED NOTICE OF WITHDRAWAL OF SUBPOENA

Plaintiff, by and through undersigned counsel, hereby gives notice that he withdraws the subpoena duces tecum issued to non-party Cellco Partnership d/b/a Verizon Wireless on September 15, 2025 (ECF No. 15.1 at 5-7) (the "Subpoena") that is the subject of non-party Julian Kappelman's Motion to Quash Subpoena Duces Tecum and for Protective Order (ECF No. 15).

As the Subpoena has been withdrawn and Plaintiff will not seek to enforce it, no response or production is required from Cellco Partnership d/b/a Verizon Wireless. Plaintiff respectfully submits that Mr. Kappelman's Motion to Quash (ECF No. 15) is therefore moot.

RESPECTFULLY SUBMITTED AND DATED this 20th day of November, 2025.

                                              */s/ Ryan P. Duffy*
                                              Ryan P. Duffy
                                              The Law Office of Ruan P. Duffy PLLC
                                              1213 W. Morehead St.
                                              Suite 500, Unit #450
                                              Charlotte, NC 28208
                                              704-741-9399
                                              Email: ryan@ryanpduffy.com

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Notice of Special Appearance*