# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | |
|---|---|
| Asher Bronstin | ) |
| *Plaintiff* | ) |
| v. | ) |
| Palmetto Solar, LLC | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| Ambient Power LLC, et al. | ) |
| *Third-party defendant* | ) |

Civil Action No. 3:25-cv-00426-MOC-SCR

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Tom Cameron
3023 Wedge Cir.
Park City, UT 84098

A lawsuit has been filed against defendant   Palmetto Solar, LLC   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Asher Bronstin   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Matthew A. Abee, Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor, Columbia, SC 29201
matt.abee@nelsonmullins.com

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan P. Duffy, The Law Office of Ryan P. Duffy PLLC
1213 W. Morehead Street, Suite 500, Unit 450, Charlotte, NC 28208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

Katherine Hord Simon, Clerk
United States District Court

Date   11/26/2025

Civil Action No. 3:25-cv-00426-MOC-SCR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Add Attachment    Reset