IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PALMETTO SOLAR, LLC,<br><br>Defendant.<br><hr>PALMETTO SOLAR, LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>AMBIENT POWER LLC, WENDELL LAIDLEY, and TOM CAMERON,<br><br>Third-Party Defendants. | Civil Action No. 3:25-CV-00426-MOC-SCR |

**Defendant/Third-Party Plaintiff Palmetto Solar, LLC's
Notice of Filing Affidavits of Service On Third-Party Defendants**

Defendant/Third-Party Plaintiff Palmetto Solar, LLC ("Palmetto"), hereby files the attached Affidavits of Service on Third-Party Defendants Ambient Power LLC, Wendell Laidley, and Tom Cameron, ("Third-Party Defendants"). Affidavit of Service for Third-Party Defendant, Ambient Power LLC, see **Exhibit A;** Affidavit of Service for Third-Party Defendant, Wendell Laidley, see **Exhibit B;** Affidavit of Service for Third-Party Defendant, Tom Cameron, see **Exhibit C.**

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Matthew A. Abee*
    Matthew A. Abee (Bar No. 46949)
    Nelson Mullins Riley & Scarborough LLP
    1320 Main Street, 17th Floor
    Columbia, South Carolina 29201
    Telephone: (803) 255-9335
    matt.abee@nelsonmullins.com

    Kevin P. Polansky (MA Bar No. 667229)
    (Admitted *pro hac vice*)
    Nelson Mullins Riley & Scarborough LLP
    One Financial Center, Suite 3500
    Boston, Massachusetts 02111
    Telephone: (617) 217-4621
    kevin.polansky@nelsonmullins.com

    *Counsel for Palmetto Solar, LLC*

December 16, 2025

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Matthew A. Abee*
    Matthew A. Abee (Bar No. 46949)
    Nelson Mullins Riley & Scarborough LLP
    1320 Main Street, 17th Floor
    Columbia, South Carolina 29201
    Telephone: (803) 255-9335
    matt.abee@nelsonmullins.com

    Kevin P. Polansky (MA Bar No. 667229)
    (Admitted *pro hac vice*)
    Nelson Mullins Riley & Scarborough LLP
    One Financial Center, Suite 3500
    Boston, Massachusetts 02111
    Telephone: (617) 217-4621
    kevin.polansky@nelsonmullins.com

December 16, 2025              *Counsel for Palmetto Solar, LLC*