# Exhibit A - Affidavit of Service for Third-Party Defendant Ambient Power LLC

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of North Carolina

Case Number: 3:25-CV-00426-MOC-SCR

**Asher Bronstin, individually and on behalf of all others similarly situated,**
   Plaintiff,

v.

**Palmetto Solar, LLC,**
   Defendant/Third-Party Plaintiff,
**Ambient Power LLC, Wendell Laidley, and Tom Cameron,**
   Third-Party Defendants.

For:
Columbia
Nelson, Mullins, Riley & Scarborough LLP
P O Box 11070
Columbia, SC 29211

Received by Palmetto Legal Gophers, LLC to be served on **Ambient Power LLC c/o Wendell Laidley, Registered Agent, 3023 Wedge Circle, Park City, UT 84098**.

I, Ray Christensen, being duly sworn, depose and say that on the **2nd day of December, 2025** at **10:23 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons on a Third-Party Complaint; Second Amended Answer and Third-Party Complaint by Palmetto Solar, LLC; Certificate of Service; Notice of Electronic Filing** to: **Wendell Laidley** as **Registered Agent** for **Ambient Power LLC**, at the address of: **3023 Wedge Circle, Park City, UT 84098**.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 220, Hair: Gray, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Ray Christensen, A133021

Palmetto Legal Gophers, LLC
www.palmettolegalgophers.com
PO Box 6108
Columbia, SC 29260
(803) 216-1621

Subscribed and Sworn to before me on the 5th day of December, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC
EXP. DATE 12/14/2026

Our Job Serial Number: LPW-2025004366
Ref: 049307.01629



NOTARY PUBLIC
WENDY NEFF
728023
MY COMMISSION EXPIRES
DECEMBER 14, 2026
STATE OF UTAH

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

