# Exhibit C - Affidavit of Service for Third-Party Defendant Tom Cameron

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of North Carolina

Case Number: 3:25-CV-00426-MOC-SCR

**Asher Bronstin, individually and on behalf of all others similarly situated,**
   Plaintiff,

v.

**Palmetto Solar, LLC,**
   Defendant/Third-Party Plaintiff,
**Ambient Power LLC, Wendell Laidley, and Tom Cameron,**
   Third-Party Defendants.

For:
Columbia
Nelson, Mullins, Riley & Scarborough LLP
P O Box 11070
Columbia, SC 29211

Received by Palmetto Legal Gophers, LLC to be served on **Tom Cameron, 3023 Wedge Circle, Park City, UT 84098**.

I, Ray Christensen, being duly sworn, depose and say that on the **2nd day of December, 2025** at **10:23 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons on a Third-Party Complaint; Second Amended Answer and Third-Party Complaint by Palmetto Solar, LLC; Certificate of Service; Notice of Electronic Filing** to: **Wendell Laidley** as **Domestic Partner and Co-Resident** at the address of: **3023 Wedge Circle, Park City, UT 84098**, the within named person's usual place of abode, who resides therein, who is sixteen (16) years of age or older.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 220, Hair: Gray, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 5th day of December, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC
EXP. DATE 12/14/2026

Ray Christensen, A133021
Palmetto Legal Gophers, LLC
www.palmettolegalgophers.com
PO Box 6108
Columbia, SC 29260
(803) 216-1621

Our Job Serial Number: LPW-2025004368
Ref: 049307.01629

NOTARY PUBLIC
WENDY NEFF
728023
MY COMMISSION EXPIRES
DECEMBER 14, 2026

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d