IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>PALMETTO SOLAR, LLC,<br><br>   Defendant.<br><br>PALMETTO SOLAR, LLC,<br><br>   Third-Party Plaintiff,<br><br> v.<br><br>AMBIENT POWER LLC, WENDELL LAIDLEY, and TOM CAMERON,<br><br>   Third-Party Defendants. | Civil Action No. 3:25-CV-00426-MOC-SCR |

**Defendant/Third-Party Plaintiff Palmetto Solar, LLC's
Motion for Entry of Default**

Defendant/Third-Party Plaintiff Palmetto Solar, LLC ("Palmetto"), moves for an entry of default against Third-Party Defendants under Fed. R. Civ. P. 55(a). Palmetto filed the Third-Party complaint on November 20, 2025 (Document 17). As set forth in the affidavits of service (ECF No. 24), Palmetto served Third-Party Defendants with service of process on December 2, 2025. As a result, Third-Party Defendant's Answers were due on or about December 24, 2025. Third-Party Defendants have not responded to the Summons and Complaint, and have not requested any extension of their response deadlines. Therefore, Third-Party Defendants are in default.

**Conclusion**

As a result, Palmetto respectfully requests that the Clerk enter default against Third-Party Defendants under Fed. R. Civ. P. 55(a). [1]

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Matthew A. Abee*
  Matthew A. Abee (Bar No. 46949)
  Nelson Mullins Riley & Scarborough LLP
  1320 Main Street, 17th Floor
  Columbia, South Carolina 29201
  Telephone: (803) 255-9335
  matt.abee@nelsonmullins.com

  Kevin P. Polansky (MA Bar No. 667229)
  (Admitted *pro hac vice*)
  Nelson Mullins Riley & Scarborough LLP
  One Financial Center, Suite 3500
  Boston, Massachusetts 02111
  Telephone: (617) 217-4621
  kevin.polansky@nelsonmullins.com

*Counsel for Palmetto Solar, LLC*

January 12, 2026

---

[1] Palmetto seeks only an entry of default, and not a hearing or default judgment at this time.

## Rule 7.1 Certification

Undersigned counsel hereby certifies, under L. Civ. R. 7.1(b) (W.D.N.C.), that because Third-Party Defendants are not represented by counsel, Palmetto has not conferred with Third-Party Defendants before filing this motion. L. Civ. R. 7.1(b)(2) (W.D.N.C.),

## Artificial Intelligence Certification

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

## Certificate of Service

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date to:

Ambient Power LLC
3023 Wedge Circle
Park City, UT 84098

Tom Cameron
3023 Wedge Circle
Park City, UT 84098

Wendell Laidley
3023 Wedge Circle
Park City, UT 84098

**[Signature on following page.]**

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Matthew A. Abee*
    Matthew A. Abee (Bar No. 46949)
    Nelson Mullins Riley & Scarborough LLP
    1320 Main Street, 17th Floor
    Columbia, South Carolina 29201
    Telephone: (803) 255-9335
    matt.abee@nelsonmullins.com

    Kevin P. Polansky (MA Bar No. 667229)
    (Admitted *pro hac vice*)
    Nelson Mullins Riley & Scarborough LLP
    One Financial Center, Suite 3500
    Boston, Massachusetts 02111
    Telephone: (617) 217-4621
    kevin.polansky@nelsonmullins.com

January 12, 2026    *Counsel for Palmetto Solar, LLC*