# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Case Number 3:25-CV-00426-MOC-SCR

| | | |
|---|---|---|
| Palmetto Solar, LLC ) | | |
| **Third Party Plaintiff** ) | | |
| ) | | |
| Vs. ) | | **ENTRY OF DEFAULT** |
| ) | | |
| Ambient Power, LLC et al ) | | |
| **Third Party Defendants** ) | | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Third Party Plaintiff for entry of default against Ambient Power, LLC; Windell Laidley and Tom Cameron.

IT APPEARING TO THE COURT that the named Ambient Power, LLC; Windell Laidley and Tom Cameron are in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Third Pary Defendants Ambient Power, LLC; Windell Laidley and Tom Cameron.

January 14, 2026

*Katherine H. Simon*

Katherine Hord Simon, Clerk
United States District Court