# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **PALMETTO SOLAR, LLC** <br><br> *Defendant*. | Case No. 3:25-cv-00426-MOC-SCR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice. Further, Palmetto Solar, LLC dismisses its claims against Third-Party Defendants, Ambient Power, LLC, Windell Laidley and Tom Cameron without prejudice.

RESPECTFULLY SUBMITTED AND DATED this 16th day of March, 2026.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Notice of Special Appearance*

Ryan P. Duffy
The Law Office of Ruan P. Duffy PLLC
1213 W. Morehead St.
Suite 500, Unit #450
Charlotte, NC 28208
704-741-9399
Email: ryan@ryanpduffy.com

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: _/s/ Matthew A. Abee_
    Matthew A. Abee (Bar No. 46949)
    Nelson Mullins Riley & Scarborough LLP
    1320 Main Street, 17th Floor
    Columbia, South Carolina 29201
    Telephone: (803) 255-9335
    matt.abee@nelsonmullins.com

    Kevin P. Polansky (MA Bar No. 667229)
    (Admitted *pro hac vice*)
    Nelson Mullins Riley & Scarborough LLP
    One Financial Center, Suite 3500
    Boston, Massachusetts 02111
    Telephone: (617) 217-4621
    kevin.polansky@nelsonmullins.com

March 16, 2026    *Counsel for Palmetto Solar, LLC*